UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JEREMY CLAY,

        Plaintiff,                      Case No. 1:22-cv-193

v.                                        Honorable Ray Kent

J. LANGDON et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:   December 7, 2022                  /s/ Ray Kent
                                                             Ray Kent
                                                              United States Magistrate Judge